```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                     EASTERN DIVISION

Davor Terihaj and        )
Antonia Terihaj,         )
                         )
        Plaintiffs,      )
                         )
        v.               )         No. 09 C 4865
                         )
Nationwide Credit, Inc., )
                         )
        Defendant.       )
```

MEMORANDUM ORDER

On October 26, 2009 judgment was entered in favor of Davor and Antonia Terihaj (collectively "Terihajes") against Nationwide Credit, Inc. ("Nationwide") pursuant to Terihajes' acceptance of Nationwide's Fed.R.Civ.P. 68 offer of judgment in the amount of $1,500 "plus reasonable attorneys' fees and costs to date." As to that unliquidated component, the Rule 68 offer specified:

> Reasonable attorney's fees shall be
> determined by this Honorable Court.

Now the litigants, having been unsuccessful in an effort to resolve the open issue informally, must perforce look to resolution by this Court. Terihajes' counsel have tendered an affidavit of Mario Kasalo, together with an exhibit detailing the information in support of the claim for fees and costs, each of which documents this court has caused to be filed together with this memorandum order. Nationwide's counsel is ordered to file a response addressing the requested award on or before December 4, 2009 (with a hard copy to be delivered contemporaneously to this

Court's chambers), following which this Court anticipates ruling on the matter.

_____
Milton I. Shadur
Senior United States District Judge

November 20, 2009